UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:25-CV-00642-JHM-RSE

**JOSHUA WHITE**                                                                                                     **PETITIONER**

**VS.**

**DISMAS CHARITIES, INC., RRC, et al.**                                              **RESPONDENTS**

## ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed her Findings of Fact and Conclusions of Law, objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Petition for Writ of Habeas Corpus (DN 1), is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion for Service, Status Conference, and Hearing (DN 6), is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion to Bring a Cellular Telephone into the Courthouse (DN 11), is **DENIED**.

Joseph H. McKinley Jr., Senior Judge
United States District Court

Copies:   Joshua White, *pro se*
          Counsel

November 5, 2025